| DOE# | IP Address | Date & Time | File Hash | Title | ISP | P2P Protocol |
|---|---|---|---|---|---|---|
| 1 | 69.88.38.25 | 9/29/10 12:03 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Antietam Cable Television | BitTorrent |
| 2 | 24.35.109.135 | 11/8/10 5:23 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Broadstripe | BitTorrent |
| 3 | 98.140.231.70 | 10/2/10 8:43 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Cavalier Telephone | BitTorrent |
| 4 | 98.141.96.65 | 10/28/10 6:48 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Cavalier Telephone | BitTorrent |
| 5 | 24.126.30.207 | 10/27/10 4:53 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 6 | 68.33.100.179 | 11/1/10 5:51 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 7 | 68.33.114.209 | 11/1/10 1:26 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 8 | 68.33.16.168 | 10/2/10 9:42 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 9 | 68.34.228.151 | 10/8/10 12:35 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 10 | 68.48.241.17 | 10/1/10 4:04 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 11 | 68.48.6.138 | 11/6/10 7:22 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 12 | 68.50.160.48 | 9/29/10 7:30 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 13 | 68.54.249.181 | 10/1/10 3:06 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 14 | 69.137.234.56 | 10/21/10 10:43 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 15 | 69.137.63.56 | 9/29/10 6:13 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 16 | 69.143.91.188 | 10/18/10 2:11 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 17 | 69.250.169.144 | 10/14/10 5:39 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 18 | 69.250.29.191 | 11/1/10 9:24 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 19 | 69.250.98.63 | 11/1/10 2:24 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 20 | 69.255.225.33 | 11/4/10 10:07 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 21 | 76.100.161.215 | 10/9/10 6:58 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 22 | 76.100.246.223 | 11/3/10 12:52 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 23 | 98.233.108.235 | 10/12/10 11:33 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 24 | 98.233.138.220 | 11/2/10 11:59 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Comcast Cable | BitTorrent |
| 25 | 174.146.131.56 | 11/21/10 6:14 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Sprint PCS | BitTorrent |
| 26 | 108.3.192.69 | 10/2/10 1:46 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 27 | 151.196.39.170 | 10/2/10 3:21 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 28 | 173.66.136.87 | 10/4/10 3:11 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 29 | 173.66.19.250 | 10/28/10 3:24 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 30 | 173.66.200.210 | 10/26/10 10:12 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 31 | 173.66.209.217 | 10/13/10 2:52 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 32 | 173.69.179.120 | 9/30/10 1:18 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 33 | 173.73.182.118 | 10/20/10 9:32 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | 173.73.33.178 | 11/9/10 2:35 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 35 | 173.73.50.186 | 10/13/10 10:19 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 36 | 173.79.248.20 | 10/26/10 9:41 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 37 | 71.127.53.137 | 9/30/10 1:03 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 38 | 71.163.9.169 | 11/26/10 3:27 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 39 | 71.178.186.193 | 10/13/10 1:51 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 40 | 71.179.127.5 | 10/12/10 6:36 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 41 | 71.179.19.10 | 10/17/10 3:15 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 42 | 71.179.29.154 | 10/22/10 2:14 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 43 | 71.191.39.175 | 10/16/10 5:18 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 44 | 71.191.40.206 | 10/14/10 12:02 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 45 | 71.246.212.124 | 10/7/10 1:41 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 46 | 74.106.228.166 | 11/3/10 11:22 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 47 | 74.107.64.113 | 11/8/10 9:47 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 48 | 74.96.140.88 | 10/14/10 7:47 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 49 | 96.239.156.17 | 11/9/10 10:51 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 50 | 96.241.4.101 | 11/13/10 6:31 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 51 | 96.244.247.148 | 9/30/10 7:27 PM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |
| 52 | 96.255.129.238 | 10/11/10 1:28 AM | B5LQX76QC2LPZNIUYZ64Z7QITLB4NRUO | BIG WET ASSES 17 | Verizon Internet Services | BitTorrent |