

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = big wet asses
Search Results: Displaying 8 of 17 entries

**BIG WET ASSES 17 .**

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001691539 / 2010-08-06
**Application Title:** BIG WET ASSES 17 .
**Title:** BIG WET ASSES 17 .
**Description:** Videodisc (DVD)
**Copyright Claimant:** PATRICK COLLINS, INC. Address: 8015 DEERING AVE., CANOGA PARK, CA, 91304, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-05-22
**Nation of First Publication:** United States
**Authorship on Application:** PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** PATRICK COLLINS, INC.