UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| DIGITAL CONTENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-52, <br><br> Defendants. | Case No. 8:10-cv-03404-AW |

### DEFENDANT DOE NO. 32's MOTION TO QUASH SUBPOENA, VACATE DISCOVERY ORDER AND DISMISS CASE

Defendant Doe No. 32, IP Address No. 173.69.179.120, by undersigned counsel, moves to quash the subpoena issued January 13, 2011 and served upon Verizon Legal Process Compliance in this matter, and further moves to vacate the December 10, 2010 discovery order entered in this matter and to dismiss the case. In support of this Motion, Doe No. 32 adopts by reference all points, grounds, authorities and requests for relief raised by Defendant Doe 11 (Motion to Quash etc., paper no. 8), Doe 19 (Motion to Quash etc., paper no. 9), Doe No. 15 (Motion to Quash, paper no. 10), and Doe No. 50 (Motion to Quash, paper no. 13), as well as all amendments and replies thereto.

                /ss/
John M.G. Murphy, Bar No. 03811
THE LAW OFFICE OF JOHN M.G. MURPHY, LLC
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
410-244-6700
Fax 866-260-1396
jmurphy@johnmgmurphylaw.com

*Attorney for Defendant Doe No. 32*