# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DIGITAL CONTENT, INC.** <br> **A WYOMING CORPORATION** | * | |
| **Plaintiff,** | * | |
| v. | * | CA NO: 10 CV 3404-AW |
| DOES 1 – 52 | * | |
| **Defendants.** | * | |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DOES 19 AND 49

PLEASE TAKE NOTICE that Does No. 19 and 49 not having filed an answer or motion for summary judgment, the Plaintiff hereby voluntarily dismisses with prejudice Does No. 19 and 49 from the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

DIGITAL CONTENT, INC.

**DATED: June 14, 2011**

**By:**   _/s/ Jon A. Hoppe_____

Jon A. Hoppe, Esquire #06479
Counsel
Maddox, Hoppe, Hoofnagle &
 Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 14th day of June, 2011, true copies of the foregoing were mailed, postage prepaid, to the following:

| | |
|---|---|
| Timothy P. Leahy, Esquire<br>Byrd & Byrd<br>14300 Gallant Fox Lane #120<br>Bowie, Maryland 20715 | Leslie Campbell<br>1012 Stonebrook Road; Apt. D<br>Sykesville, Maryland 21784 |
| Michael J. Winkelman, Esquire<br>One Town Center<br>4201 Northview Drive #410<br>Bowie, Maryland 21706 | Catrina J. Harley<br>567 Lancaster Place<br>Frederick, Maryland 21703 |
| John M.G. Murphy, Esquire<br>The Law Office of John M.G. Murphy, LLC<br>20 South Charles Street #702<br>Baltimore, Maryland 21201 | Ukweni Uzoh<br>8325 Brooktree Street<br>Laurel, Maryland 20724 |

_/s/ Jon A. Hoppe_____
Jon A. Hoppe, Esquire