**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| **DIGITAL CONTENT, INC.** | |
| **A WYOMING CORPORATION** | * |
| **Plaintiff,** | * |
| v. | *   **CA NO:10 CV 3404-AW** |
| **DOES 1 – 52** | * |
| **Defendants.** | * |

**NOTICE OF VOLUNTARY DISMISSAL OF DOES 26 AND 24**

PLEASE TAKE NOTICE that Does 6 and 24 not having filed an answer or motion for summary judgment, the Plaintiff hereby voluntarily dismisses with prejudice Does 6 and 24 from the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

           Respectfully submitted,

           DIGITAL CONTENT, INC.

**DATED: June 14, 2011**

        **By:**    _/s/ Jon A. Hoppe_____

              Jon A. Hoppe, Esquire #06479
              Counsel for Plaintiff
              Maddox, Hoppe, Hoofnagle &
                 Hafey, L.L.C.
            1401 Mercantile Lane #105
            Largo, Maryland 20774
            (301) 341-2580

## **CERIFICATE OF SERVICE**

   I HEREBY CERTIFY, that on this 14th day of June, 2011, true copies of the foregoing were mailed, postage prepaid, to the following:

| | |
|---|---|
| Timothy P. Leahy, Esquire<br>Byrd & Byrd<br>14300 Gallant Fox Lane #120<br>Bowie, Maryland 20715 | Leslie Campbell<br>1012 Stonebrook Road; Apt. D<br>Sykesville, Maryland 21784 |
| Michael J. Winkelman, Esquire<br>One Town Center<br>4201 Northview Drive #410<br>Bowie, Maryland 21706 | Catrina J. Harley<br>567 Lancaster Place<br>Frederick, Maryland 21703 |
| John M.G. Murphy, Esquire<br>The Law Office of John M.G. Murphy, LLC<br>20 South Charles Street #702<br>Baltimore, Maryland 21201 | Ukweni Uzoh<br>8325 Brooktree Street<br>Laurel, Maryland 20724 |

 */s/ Jon A. Hoppe*_____
Jon A. Hoppe, Esquire