IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| DIGITAL CONTENT, INC.,<br>Plaintiff, | * * * * | |
| v. | * * | Civil Action No. 10-cv-03404-AW |
| DOES 1 - 52, *et al.*,<br>Defendants. | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Order**

No responsive pleadings have been filed in this action by any Defendant, and Plaintiff has notified the Court that it wishes to voluntarily dismiss the case. Accordingly, it is, this 22nd day of June, 2011, ordered that:

1) The Complaint is dismissed without prejudice,

2) The following motions to quash subpoena are denied as moot: Doc. Nos. 9, 11, 17-18,

3) The Clerk CLOSE this case, and

4) The Clerk transmit a copy of this order to counsel.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE